PER CURIAM.
Affirmed. See Whren v. United States, — U.S. -, 116 S.Ct. 1769, 135 L.Ed.2d 89 (1996); State v. Holland, 680 So.2d 1041 (Fla. 1st DCA 1996), review granted, 689 So.2d 1069 (Fla. 1997); State v. Corvin, 677 So.2d 947 (Fla. 2d DCA 1996); Petrel v. State, 675 So.2d 1049 (Fla. 4th DCA 1996). See generally Saturnino-Boudet v. State, 682 So.2d 188, 191 n. 5 (Fla. 3d DCA 1996)(noting District Courts of Appeal’s observation that Whren has substantially altered search and seizure jurisprudence as it pertains to traffic *294 stops), review dismissed, 689 So.2d 1071 (Fla.1997).